# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2005 SEP 28 AM 10: 04
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| TERRELL L. BRAXTON, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> CHATHAM COUNTY DETENTION ) <br> CENTER, ) <br> ) <br> Respondent. ) | Case No. CV405-101 |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 28th day of SEPTEMBER, 2005.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA